IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| FAGEN, INC., a Minnesota corporation, | Court File No.: 13-cv-02624-JRT-JJK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| COLONY NATIONAL INSURANCE COMPANY, a Virginia corporation, and HOGENSON CONSTRUCTION COMPANY, a North Dakota Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Fagen, Inc., Defendant Colony National Insurance Company, and Defendant Hogenson Construction Company, through their respective counsel, that this action and all claims asserted in it may be fully and finally dismissed with prejudice, with each party to bear its own costs, disbursements, and attorneys' fees.

**FISHER BREN AND SHERIDAN LLP**

Dated:  1/15/2014

By: s/ Steven J. Sheridan
Bradley D. Fisher (#219356)
Steven J. Sheridan (#266280)
Brian D. Steffes (#392726)
920 Second Avenue South, Suite 975
Minneapolis, MN 55402
Telephone: (612) 332-0100

ATTORNEYS FOR PLAINTIFF FAGEN, INC.

**FABYANSKE WESTRA HART & THOMSON**

Dated: 1/15/2014        By:  s/ Mark R. Becker
Mark R. Becker (#387338)
LaSalle Plaza
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Telephone:  612-359-7600

-and-

John Paul (J.P.) J. Gatto (#387730)
Daniel A. Haws (#193501)
MURNANE BRANDT
30 East Seventh Street
Suite 3200
St. Paul, MN 55101-4919
Telephone:  (651) 227-9411

ATTORNEYS FOR DEFENDANT
HOGENSON CONSTRUCTION COMPANY

**OPPENHEIMER WOLFF & DONNELLY LLP**

Dated: 1/15/2014        By:  s/ Patrick M. Fenlon
Jeffrey J. Bouslog (#174671)
Patrick M. Fenlon (#389289)
Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, MN 55402-3338
Telephone:  (612) 607-7000

ATTORNEYS FOR DEFENDANT COLONY
NATIONAL INSURANCE COMPANY