AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

FAGEN, INC.,

**JUDGMENT IN A CIVIL CASE**

*Plaintiff*,

V.

Case Number:   13-2624 (JRT/JJK)

COLONY NATIONAL INSURANCE
COMPANY and HOGENSON
CONSTRUCTION COMPANY,

*Defendants*.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The above-captioned action is hereby DISMISSED with prejudice in its entirety without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.

January 16, 2014                                                  RICHARD D. SLETTEN, CLERK
Date

                                                                              s/  M. Price
                                                            (By)              M. Price    Deputy Clerk

C:\Users\price\Desktop\Blank Judgment Form.wpd                                Form Modified:  09/16/04